# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| B HEALTHY MEATS, LLC | § | Case No. 25-51015 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/05/2025.   The undersigned trustee was appointed on 05/06/2025.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                                $       397,578.90

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 62,241.66 |
| Bank service fees | 838.70 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]                    $       334,498.54

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)** *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/04/2025 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $23,128.95. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $23,128.95, for a total compensation of $23,128.95[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $1,737.09, for total expenses of $1,737.09[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/05/2026      By: /s/RANDOLPH N. OSHEROW

         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

*Exhibit A*

| | | | | |
|---|---|---|---|---|
| Case No: | 25-51015 MMP | Judge: Michael M. Parker | Trustee Name: | RANDOLPH N. OSHEROW |
| Case Name: | B HEALTHY MEATS, LLC | | Date Filed (f) or Converted (c): | 05/05/2025 (f) |
| | | | 341(a) Meeting Date: | 06/12/2025 |
| For Period Ending: | 01/05/2026 | | Claims Bar Date: | 08/04/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCT IBC ENDING 6219 | 37.28 | 3,858.66 | | 3,858.66 | FA |
| 2. CHECKING ACCT IBC ENDING 6105 | -1,694.49 | 0.00 | | 0.00 | FA |
| 3. ACCT RECEIVABLES 90 DAYS OLD OR LESS | 5,000.00 | 1,155.00 | | 1,155.00 | FA |
| 4. MEAT INVENTORY | 2,500.00 | 2,500.00 | | 2,500.00 | FA |
| 5. OFFICE FURNITURE | 1,500.00 | 5,768.95 | | 5,768.95 | FA |
| 6. 2016 F250 TRUCK | 20,000.00 | 1,000.00 | | 1,000.00 | FA |
| 7. 2021 REEFER TRAILER-DAMAGED | 1,000.00 | 3,000.00 | | 3,000.00 | FA |
| 8. SLAUGHTERHOUSE/PROCESSING EQUIPMENT/COW | 250,000.00 | 379,702.85 | | 379,702.85 | FA |
| 9. 6411 HWY 90 E UVALDE TX 78801 | 3,000,000.00 | 0.00 | | 0.00 | FA |
| 10. WEBSITE HTTPS://REGALMEATSTEXAS.COM | Unknown | 0.00 | | 0.00 | FA |
| 11. HTTPS://WWW.BHEALTHYMEATS.COM | Unknown | 0.00 | | 0.00 | FA |
| 12. STATE AND USDA CERTIFICATIONS | Unknown | 0.00 | | 0.00 | FA |
| 13. DISTRIBUTOR REFUNDS (u) | 0.00 | 593.44 | | 593.44 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $3,278,342.79     $397,578.90     $397,578.90     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

| | | | |
|---|---|---|---|
| RE PROP # | 8 | -- | PANELS, 2 FORKLIFTS |
| RE PROP # | 9 | -- | 10.928 ACRES |
| RE PROP # | 13 | -- | TEXAS MUTUAL AND BEST BUY REFUNDS |

Initial Projected Date of Final Report (TFR): 06/30/2025     Current Projected Date of Final Report (TFR): 03/30/2026

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 25-51015

Case Name: B HEALTHY MEATS, LLC

Trustee Name: RANDOLPH N. OSHEROW

Bank Name: Axos Bank

Account Number/CD#: XXXXXX2784

Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX9102

For Period Ending: 01/05/2026

Blanket Bond (per case limit): $30,403,000.00

Separate Bond (if applicable):

*Exhibit B*

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/21/25 | 1 | WILLIAM BINEHAM IBC BANK INTERNATIONAL BANK OF COMMERCE 11831 BANDERA RD. HELOTES, TX 78023 | BANK ACCT FUNDS | 1129-000 | $3,858.66 | | $3,858.66 |
| 05/21/25 | 4 | PALADIN COMMUNITY SERVICES MARK COX MEMORIAL FUND PO BOX 55 CAMPWOOD, TX 78833 | ACCOUNTS RECEIVABLE 06/03/2025, Doc #40 - Order Regarding (related document (s): 23 Motion to Sell Property Free and Clear of Liens 11 USC 363(f) Excess Frozen Meat and a Chest Freezer, (21 Day Objection Language) ( Filing Fee: $ 199.00 ) filed by Randolph N Osherow for Trus | 1129-000 | $2,500.00 | | $6,358.66 |
| 06/04/25 | 2001 | WILLIAM DOUGLAS BINEHAM 5401 CR 2515 Moore, TX 78057-3102 | MEDINA ELECTRIC COOPERATIVE REIMBURSEMENT: $3,517.43 06/03/2025, Doc. #38 - Order Regarding (related document(s): 24 Trustee's Motion to Ratify Payment (William Bineham $3517.43-reimburse for electric bill) (21 Day Objection Language)) (Order entered on 6/3/2025) (Hardage, Bridget) | 2990-000 | | $3,517.43 | $2,841.23 |
| 07/03/25 | 13 | B HEALTHY MEATS, LLC | Refund TEXAS MUTUAL AND BEST BUY REFUNDS | 1290-000 | $593.44 | | $3,434.67 |
| 07/14/25 | 6 | SUSAN BINEHAM 5401 CR 2515 MOORE, TX 78057 | PURCHASE TOWARDS F250 TRUCK | 1129-000 | $1,000.00 | | $4,434.67 |
| 08/18/25 | 3 | PALADIN COMMUNITY SERVICES, INC. PO BOX 55 CAMP WOOD, TX 78833 | ACCOUNTS RECEIVABLE MEAT SALES | 1121-000 | $500.00 | | $4,934.67 |
| 08/18/25 | 3 | WILLIAM BINEHAM | ACCOUNTS RECEIVABLE MEAT SALES | 1121-000 | $150.00 | | $5,084.67 |
| 08/18/25 | 3 | B HEALTHY MEATS | ACCOUNTS RECEIVABLE MEAT SALES | 1121-000 | $505.00 | | $5,589.67 |

Page Subtotals: $9,107.10 $3,517.43

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  25-51015

Case Name:  B HEALTHY MEATS, LLC

Trustee Name:  RANDOLPH N. OSHEROW

Bank Name:  Axos Bank

Account Number/CD#:  XXXXXX2784

Checking Account (Non-Interest Earn

Taxpayer ID No:  XX-XXX9102

For Period Ending:  01/05/2026

Blanket Bond (per case limit):  $30,403,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/22/25 | | FLS AUCTION, INC.<br><br>5118 Barth Road<br>Lockhart, TX  78644 | SALE OF MISC ITEMS IN AUCTION | | $385,471.80 | | $391,061.47 |
| | | | Gross Receipts  $385,471.80 | | | | |
| | 8 | | SLAUGHTERHOUSE/PROCESSING EQUIPMENT/COW  $379,702.85 | 1129-000 | | | |
| | 5 | | OFFICE FURNITURE  $5,768.95 | 1129-000 | | | |
| 08/26/25 | 2002 | FLS AUCTION, INC.<br><br>PO BOX 355<br>Lockhart, TX  78644 | COMMISSION: $38,547.18 EXPENSES: $9,744.59 08/25/2025, Doc. #65 - Trustee's Advisory of Payment to Liquidator, FLS Auction, Inc. Regarding Sale of Assets (Osherow, Randolph) (related document(s): 43 Order Regarding (related document(s): 11 Trustee's Application of Trustee to Pay Liquidator to Sell All Equipment, Inventory, Supplies, Machinery Fixtures and Vehicles Related to a Meat/Slaughterhouse Business, (Estimated Gross Auction Value is More than $250,000.00), at 25% Commission, No Expenses if by Private Sale, if by Public Sale, Onlin | 3610-000 | | $48,291.77 | $342,769.70 |
| 09/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $87.76 | $342,681.94 |

Page Subtotals:  $385,471.80  $48,379.53

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  25-51015
Case Name:  B HEALTHY MEATS, LLC

Trustee Name:  RANDOLPH N. OSHEROW
Bank Name:  Axos Bank
Account Number/CD#:  XXXXXX2784
Checking Account (Non-Interest Earn

**Exhibit B**

Taxpayer ID No:  XX-XXX9102
For Period Ending:  01/05/2026

Blanket Bond (per case limit):  $30,403,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/25 | 2003 | PREMIER METAL WORKS 8457 N. HWY 6 WACO, TX 76712 | INVOICE #10997 09/09/2025, DOC. #71 - Trustee's Notice of Payment of Administrative Expense ( Premier Metal Works, LLC $1244.88 for roof repairs) (Osherow, Randolph). | 3991-000 | | $1,244.88 | $341,437.06 |
| 09/19/25 | 7 | MINERAL VALLEY LLC 22141 BRIDGEPORT LANE BRIDGEPORT, OR 97819 | SALE OF 2021 BROKEN TRAILER 09/05/2025, Doc. #69 - Order Regarding (related document(s): 62 Motion to Sell Property Free and Clear of Liens 11 USC 363(f) 2021 Reefer Broken Down Trailer, (21 Day Objection Language) ( Filing Fee: $ 199.00 ) filed by Randolph N Osherow for Trustee Randolph N Osherow) (Order entered on 9/5/2025) (Hardage, Bridget) | 1129-000 | $3,000.00 | | $344,437.06 |
| 10/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $373.12 | $344,063.94 |

Page Subtotals:  $3,000.00  $1,618.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 25-51015 | Trustee Name: RANDOLPH N. OSHEROW | Exhibit B |
| Case Name: B HEALTHY MEATS, LLC | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX2784 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX9102 | Blanket Bond (per case limit): $30,403,000.00 | |
| For Period Ending: 01/05/2026 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/01/25 | 2004 | GRAVES DOUGHERTY HEARON & MOODY PC 401 CONGRESS AVE., SUITE 2700 AUSTIN, TX 78701 | ATTORNEY FEES: $2,467.50 09/30/2025, Doc. #73 - Order Regarding (related document(s): 67 Application for Compensation (21 Day Objection Language), Fees $ 2,467.50, Expenses $ 48.40, For Time Period From July 10, 2025 To Time Period Ending August 29, 2025 filed by Brian Talbot Cumings for Attorney Graves Dougherty Hearon & Moody, P.C. (Attachments: # 1 Exhibit Fee Statement # 2 Exhibit Retention Order # 3 Exhibit Fee App Summary # 4 Proposed Order Approving Application # 5 Appendix Notice to Creditors # 6 Appendix Servic | 3210-000 | | $2,467.50 | $341,596.44 |
| | | | Page Subtotals: | | $0.00 | $2,467.50 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 25-51015

Case Name: B HEALTHY MEATS, LLC

Taxpayer ID No: XX-XXX9102

For Period Ending: 01/05/2026

Trustee Name: RANDOLPH N. OSHEROW

Bank Name: Axos Bank

Account Number/CD#: XXXXXX2784

Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $30,403,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/01/25 | 2005 | GRAVES DOUGHERTY HEARON & MOODY PC 401 CONGRESS AVE., SUITE 2700 AUSTIN, TX 78701 | ATTORNEY EXPENSES: $48.40 09/30/2025, Doc. #73 - Order Regarding (related document(s): 67 Application for Compensation (21 Day Objection Language), Fees $ 2,467.50, Expenses $ 48.40, For Time Period From July 10, 2025 To Time Period Ending August 29, 2025 filed by Brian Talbot Cumings for Attorney Graves Dougherty Hearon & Moody, P.C. (Attachments: # 1 Exhibit Fee Statement # 2 Exhibit Retention Order # 3 Exhibit Fee App Summary # 4 Proposed Order Approving Application # 5 Appendix Notice to Creditors # 6 Appendix Servic | 3220-000 | | $48.40 | $341,548.04 |
| 10/01/25 | 2006 | TOM HAMMOND | REIMBURSEMENT FOR MEDINA ELECTRIC COOP: $6,400.55 09/30/2025, DOC. #74 - (1 pg) Order Regarding (related document(s): 68 Trustee's Motion to Reimburse Tom Hammond for Final Utility Bills ($6400.55) (21 Day Objection Language)) (Order entered on 9/30/2025) (Hardage, Bridget) | 2990-000 | | $6,400.55 | $335,147.49 |
| 10/15/25 | 2007 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | Bond #612419134 Term: 10/1/25 to 10/1/26 | 2300-000 | | $271.13 | $334,876.36 |

Page Subtotals: $0.00 $6,720.08

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 25-51015

Case Name: B HEALTHY MEATS, LLC

Trustee Name: RANDOLPH N. OSHEROW

Bank Name: Axos Bank

Account Number/CD#: XXXXXX2784

Checking Account (Non-Interest Earn

*Exhibit B*

Taxpayer ID No: XX-XXX9102

For Period Ending: 01/05/2026

Blanket Bond (per case limit): $30,403,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $377.82 | $334,498.54 |

| | | |
|---|---|---|
| COLUMN TOTALS | $397,578.90 | $63,080.36 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $397,578.90 | $63,080.36 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $397,578.90 | $63,080.36 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $377.82 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2784 - Checking Account (Non-Interest Earn | $397,578.90 | $63,080.36 | $334,498.54 |
| | $397,578.90 | $63,080.36 | $334,498.54 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $397,578.90 |
| Total Gross Receipts: | $397,578.90 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 5:25-51015-MMP                                                    Date: January 8, 2026
Debtor Name: B HEALTHY MEATS, LLC
Claims Bar Date: 8/4/2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | RANDOLPH N. OSHEROW 342 West Woodlawn, Suite 100 San Antonio, TX  78212 | Administrative | | $0.00 | $23,128.95 | $23,128.95 |
| 100 2200 | RANDOLPH N. OSHEROW 342 West Woodlawn, Suite 100 San Antonio, TX  78212 | Administrative | | $0.00 | $1,737.09 | $1,737.09 |
| 100 2990 | WILLIAM DOUGLAS BINEHAM 5401 CR 2515 Moore, TX  78057-3102 | Administrative | 05/21/2025, Doc. #24 - Trustee's Motion to Ratify Payment (William Bineham $3517.43-reimburse for electric bill) (21 Day Objection Language) (Osherow, Randolph)<br><br>Order Number from conversion: DOC. 24<br><br>Order Date from conversion: 5/21/2025<br><br>Extended Check Description Notes from conversion: REIMBURSEMENT: $3,517.43 | $0.00 | $3,517.43 | $3,517.43 |
| 100 2990 | TOM HAMMOND | Administrative | | $0.00 | $0.00 | $6,400.55 |
| 100 3210 | GRAVES DOUGHERTY HEARON & MOODY PC 401 CONGRESS AVE., SUITE 2700 AUSTIN, TX  78701 | Administrative | | $0.00 | $0.00 | $2,467.50 |
| 100 3220 | GRAVES DOUGHERTY HEARON & MOODY PC 401 CONGRESS AVE., SUITE 2700 AUSTIN, TX  78701 | Administrative | | $0.00 | $0.00 | $48.40 |
| 100 3610 | FLS AUCTION, INC. PO BOX 355 Lockhart, TX  78644 | Administrative | | $0.00 | $48,291.77 | $48,291.77 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 5:25-51015-MMP

Debtor Name: B HEALTHY MEATS, LLC

Claims Bar Date: 8/4/2025

Date: January 8, 2026

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3991 | PREMIER METAL WORKS 8457 N. HWY 6 WACO, TX 76712 | Administrative | | $0.00 | $0.00 | $1,244.88 |
| 9 280 5800 | INTERNAL REVENUE SERVICE SPECIAL PROCEDURES GROUP 300 E. 8TH ST STOP 5022 AUS AUSTIN, TX 78701 | Priority | | $70,000.00 | $201.00 | $201.00 |
| 1 300 7100 | SPECTRUM 4145 S. FALKENBURG RD RIVERVIEW, FL 33578 | Unsecured | | $609.54 | $510.93 | $510.93 |
| 2 300 7100 | HECTOR CALDERA IVA TIMMERMAN PO BOX 63713 PIPE CREEK, TX 78063 | Unsecured | | $0.00 | $25,000.00 | $25,000.00 |
| 4 300 7100 | USDA-FSIS 4520 114TH ST URBANDALE, IA 50226 | Unsecured | | $8,038.86 | $8,038.86 | $8,038.86 |
| 5 300 7100 | STRUTHOFF RANCHES OF TEXAS, LLC LYNN STRUTHOFF 9660 FM 1863 SAN ANTONIO, TX 78266 | Unsecured | | $20,000.00 | $19,333.88 | $19,333.88 |
| 6 300 7100 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP PO BOX 3001 MALVERN PA 19355-0701 | Unsecured | | $0.00 | $5,214.73 | $5,214.73 |
| 7 300 7100 | THOMAS J. HAMMOND & JANET G. HAMMOND C/O ALLEN M. DEBARD LANGLEY & BANACK, INC. 745 E. MULBERRY AVE. - STE. 700 SAN ANTONIO, TX 78212 | Unsecured | | $31,000,000.00 | $1,569,451.45 | $1,569,451.45 |
| 8 300 7100 | MICHAEL AND LORI BINEHAM 625 LEVENHALL DR FAYETTEVILLE, NC 28314 | Unsecured | | $0.00 | $151,757.00 | $151,757.00 |

Printed: January 8, 2026

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 5:25-51015-MMP                                                                              Date: January 8, 2026

Debtor Name: B HEALTHY MEATS, LLC

Claims Bar Date: 8/4/2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 10 300 7100 | TEXAS MUTUAL INSURANCE COMPANY 2200 Aldrich St. Austin, TX 78723 | Unsecured | | $0.00 | $1,149.81 | $1,149.81 |
| 11 300 7100 | HEADWAY CAPITAL LLC 175 WEST JACKSON BLVD., SUITE 600 CHICAGO, IL 60604 | Unsecured | | $67,565.00 | $67,739.73 | $67,739.73 |
| 3 400 4700 | TEXAS WORKFORCE COMMISSION OFFICE OF ATTORNEY GENERAL BK/COLLECTIONS P.O. BOX 12548, MC008 AUSTIN, TX 787112548 | Secured | | $0.00 | $15,078.57 | $15,078.57 |
| 12 400 4700 | UVALDE COUNTY APPRAISAL DISTRICT 209 N. HIGH ST. UVALDE, TX 78801 | Secured | | $43,222.31 | $68,903.61 | $68,903.61 |
| | Case Totals | | | $31,209,435.71 | $2,009,054.81 | $2,019,216.14 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: January 8, 2026

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 25-51015
Case Name: B HEALTHY MEATS, LLC
Trustee Name: RANDOLPH N. OSHEROW

Balance on hand                                     $          334,498.54

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 12 | UVALDE COUNTY APPRAISAL DISTRICT | $ 68,903.61 | $ 68,903.61 | $ 0.00 | $ 68,903.61 |
| 3 | TEXAS WORKFORCE COMMISSION | $ 15,078.57 | $ 15,078.57 | $ 0.00 | $ 15,078.57 |

Total to be paid to secured creditors          $          83,982.18

Remaining Balance                                   $         250,516.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RANDOLPH N. OSHEROW | $ 23,128.95 | $ 0.00 | $ 23,128.95 |
| Trustee Expenses: RANDOLPH N. OSHEROW | $ 1,737.09 | $ 0.00 | $ 1,737.09 |
| Attorney for Trustee Fees: GRAVES DOUGHERTY HEARON & MOODY PC | $ 2,467.50 | $ 2,467.50 | $ 0.00 |
| Attorney for Trustee Expenses: GRAVES DOUGHERTY HEARON & MOODY PC | $ 48.40 | $ 48.40 | $ 0.00 |
| Auctioneer Fees: FLS AUCTION, INC. | $ 48,291.77 | $ 48,291.77 | $ 0.00 |
| Other: PREMIER METAL WORKS | $ 1,244.88 | $ 1,244.88 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: TOM HAMMOND | $ 6,400.55 | $ 6,400.55 | $ 0.00 |
| Other: WILLIAM DOUGLAS BINEHAM | $ 3,517.43 | $ 3,517.43 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 24,866.04

Remaining Balance $ 225,650.32

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $201.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | INTERNAL REVENUE SERVICE | $ 201.00 | $ 0.00 | $ 201.00 |

Total to be paid to priority creditors $ 201.00

Remaining Balance $ 225,449.32

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,848,196.39 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SPECTRUM | $ 510.93 | $ 0.00 | $ 62.32 |
| 2 | HECTOR CALDERA | $ 25,000.00 | $ 0.00 | $ 3,049.59 |
| 4 | USDA-FSIS | $ 8,038.86 | $ 0.00 | $ 980.61 |
| 5 | STRUTHOFF RANCHES OF TEXAS, LLC | $ 19,333.88 | $ 0.00 | $ 2,358.41 |
| 6 | AMERICAN EXPRESS NATIONAL BANK | $ 5,214.73 | $ 0.00 | $ 636.11 |
| 7 | THOMAS J. HAMMOND & JANET G. HAMMOND | $ 1,569,451.45 | $ 0.00 | $ 191,447.06 |
| 8 | MICHAEL AND LORI BINEHAM | $ 151,757.00 | $ 0.00 | $ 18,511.84 |
| 10 | TEXAS MUTUAL INSURANCE COMPANY | $ 1,149.81 | $ 0.00 | $ 140.26 |
| 11 | HEADWAY CAPITAL LLC | $ 67,739.73 | $ 0.00 | $ 8,263.12 |

Total to be paid to timely general unsecured creditors $ 225,449.32

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

25-51015-mmp  Doc#75  Filed 01/08/26  Entered 01/08/26 09:26:18  Main Document  Pg 17 of 17

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 17)*